IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  25-cr-00077-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  DARWIN VELIZ-GONZALEZ

Defendant.
_____

## NOTICE OF APPEARANCE
_____

Lisa Fine Moses, of LFM Defense, hereby enters her appearance as court appointed counsel in the above captioned case.

/s/ Lisa Fine Moses
Lisa Fine Moses, #23181
5200 DTC Pkwy Suite 200
Greenwood Village, CO 80111
P: 720/644-5342
F: 720/489-3810
lisa@lfmdefense.com
Attorney for Darwin Veliz-Gonzalez

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this <u>Tuesday, March 11, 2025</u>, a true and correct copy of the above and foregoing was filed with the CM/ECF filing system and by email.

LEAH PERCZAK
Special Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Leah.Perczak@usdoj.gov
Attorney for Government

/s/ Jessica Hosler
Paralegal
LFM Defense